costs and disbursements to the appellant. (See *Pring* v. *Thorp*, 168 App. Div. 887; *Mason* v. *N. Y. Review Pub. Co.*, 154 id. 651.) Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and Martin, JJ., dissent on the authority of *Shaw* v. *Samley Realty Co.* (201 App. Div. 433); *Welling* v. *Kugel* (215 id. 770). The date for the examination to proceed to be fixed in the order. Settle order on notice.

Louis E. Levy, Respondent, *v.* Edwin Atkinson Bayles and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Svenska Taendsticks Fabrik Aktiebolaget (Hereinafter Referred to as " The Swedish Match Company ") and Others, Appellants, v. Bankers Trust Company of New York and Another, Respondents, Impleaded with Frederick W. Allen and Others, Defendants. Irving Trust Company, as Trustee, etc., Appellant. Edward S. Greenbaum, as Trustee in Bankruptcy of the Estate of Aktiebolaget Kreuger & Toll, Bankrupt, Appellant, v. Bankers Trust Company of New York and Another, Respondents, Impleaded with Union Trust Company of Pittsburgh and Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Merrell, Townley and Glennon, JJ.

Svenska Taendsticks Fabrik Aktiebolaget (Hereinafter Referred to as " The Swedish Match Company ") and Others, Appellants, v. Bankers Trust Company of New York and Another, Respondents, Impleaded with Others.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Merrell, Townley and Glennon, JJ.

In the Matter of David Engler (Also Known as David E. Engler), an Attorney. — Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of Thomas J. Meehan, an Attorney.—Reference ordered. Present Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of Ralph C. Warrick, an Attorney.—Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Petition of Harold Nathan, on Behalf of the Law Firm of Cook, Nathan & Lehman, for an Order and Decree Fixing and Determining the Compensation of Said Attorneys for Services Rendered to the Estate of Richard Croker, Deceased, or to The New York Trust Company as Temporary Administrator, etc.— Bula E. Croker — Harold Nathan, on Behalf of the Law Firm of Cook, Nathan & Lehman.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

J. Jerome Nathan v. Charles S. Hirsch and Others — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

William Boston v. Frederick L. Cranford-Charles H. Locher, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593